Stephen G. Pongratz, Esq., SBN 131276
Eric D. Hitchcock, Esq., SBN 230630
BEYER, PONGRATZ & ROSEN
3230 Ramos Circle
Sacramento, CA  95827
Phone:  (916) 369-9750
Fax:       (916) 369-9760

Attorneys for Plaintiff
TYISHA WOLFE

Marjorie Fochtman, Esq., SBN 143201
Nixon Peabody  LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
Phone:  (415) 984-8200
Fax:       (415) 984-8300

Attorneys for Defendant
STATE STREET BANK AND TRUST COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYISHA WOLFE,<br><br>             Plaintiff,<br>    vs.<br><br><br>STATE STREET BANK AND TRUST COMPANY and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No.:2:10-CV-03135-KJM-JFM<br><br>STIPULATION FOR DISMISSAL AND ORDER THEREON |

TO THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF

CALIFORNIA:

     Plaintiff TYISHA WOLFE and Defendant STATE STREET BANK AND

TRUST COMPANY hereby request that this matter be dismissed with prejudice, in its

entirety, with each party to bear their own costs and attorneys' fees.

Stipulation for Dismissal and Order Thereon - 1

1. IT IS SO STIPULATED:

2. Dated: April 19, 2011  BEYER, PONGRATZ & ROSEN

          /s/ Eric D. Hitchcock_____
          Stephen G. Pongratz, Esq.
          Eric D. Hitchcock, Esq.

          Attorneys for Plaintiff
          TYISHA WOLFE

Dated: March 31, 2011  NIXON PEABODY LLP

          /s/ Marjorie Fochtman (as authorized on March 31, 2011)
          Marjorie Fochtman, Esq.

          Attorney for Defendant
          STATE STREET BANK AND TRUST COMPANY

  **IT IS SO ORDERED:** This matter is dismissed with prejudice. Each party will bear their own costs and attorneys' fees. Any pending dates are hereby VACATED and this case is CLOSED.

Date: April 22, 2011.

_____
UNITED STATES DISTRICT JUDGE

BEYER, PONGRATZ & ROSEN
3230 Ramos Circle
Sacramento, CA 95827
(916) 369-9750